In the Matter of the Application of SHUBERT THEATRE CORPORATION for an Order Compelling TED HEALY to Submit to Arbitration a Matter of Setoff for Determination by Arbitrators.— Motion granted upon condition stated in order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES V. BOB and Others, Impleaded with LOUIS P. JUBIEN.— When the record and appellant's points are filed the court will set the appeal down for immediate argument. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FEDERAL NEON SALES CORPORATION v. FEDERAL NEON TUBE CORPORATION and Others.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of MORDECAI P. SPRINGER, an Attorney.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of BENSKY REALTY CORPORATION, Respondent, Appellant, against JOHN J. DORMAN, as Fire Commissioner of the City of New York, Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by JAMES A. BEHA, Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the SECOND RUSSIAN INSURANCE COMPANY, Respondent, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. FRED S. JAMES & COMPANY and Others, Claimants, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE L. O'HARE, Respondent, v. CEDAR-WILLIAM STREET CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CARMELO SILVESTRO, Respondent, v. P. FURY and JOHN DOE, JOHN DOE Fictitious, Party Intended Being in Possession of the Property, Appellants.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., dissents.

GIOVANNI GIRARDON, Respondent, v. ROMOLO ANGELONE, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ELIZABETH V. B. ENTHOVEN, Respondent, against METROPOLITAN WOMEN'S ATHLETIC CLUB, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WOLF BOMZON, Respondent, v. NORMANDIE NATIONAL SECURITIES CORPORATION and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint within twenty days from service of order omitting all matter not connected with the subject-matter of the action, upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.